IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02495-CMA-MJW

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

TRIPLE D CONSTRUCTION, INC., GERALD
DUCRAY A/K/A JERRY DUCRAY, DALLAS K.
NUNNERY, AND RONALD W. NUNNERY,

    Defendants.

---

**ORDER RE: STIPULATED MOTION TO MODIFY
SCHEDULING ORDER [Dkt. No. 31], filed May 28, 2009 as Dkt. No. 50**

---

THIS MATTER coming to be heard by the Court upon the Stipulated Motion to Modify Scheduling Order [Dkt. 31], filed May 28, 2009 as Dkt No. 50, and the Court being fully advised,

The Court ORDERS that the Stipulated Motion DN 50 to Modify Scheduling Order [Dkt. No. 31] is GRANTED. The Scheduling Order [Dkt. No. 31] is modified as follows:

- Defendants' expert reports are due on or before June 22, 2009;

- Plaintiff's rebuttal expert reports due on or before July 20, 2009;

- The discovery cutoff deadline is August 24, 2009; and

- The dispositive motion deadline is September 28, 2009.

DATED this 25th day of MAY, 2009.

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO