**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02495-CMA-MJW

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

TRIPLE D CONSTRUCTION, INC.,
GERALD DUCRAY a/k/a JERRY DUCRAY,
DALLAS K. NUNNERY, and
RONALD W. NUNNERY,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation For Voluntary Dismissal With Prejudice (Doc. # 64).  The Court having considered the stipulation for dismissal and being otherwise advised in the premises, it is hereby ORDERED:

    1)    That this action is DISMISSED WITH PREJUDICE, each party to pay his or its own fees and costs; and

    2)    That the Court shall retain jurisdiction to enforce the terms of the Settlement Agreements and Releases previously entered into by these parties.

    DATED:  August   10  , 2009

                                                              BY THE COURT:

                                                              CHRISTINE M. ARGUELLO
                                                               United States District Court Judge